IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CODY PAUL MILLER,<br><br>    Defendant. | Case No. 23-CR-241-SJM |

**Motion to Withdraw**

The United States of America moves this Court for an Order to Withdraw as counsel of record in the above-entitled action. In support of this motion, movant states as follows:

Assistant United States Attorney Matthew P. Cyran remains on the docket as counsel and will be available to represent the government.

WHEREFORE, the government respectfully requests that AUSA Stacey P. Todd be permitted to withdraw in this matter.

            Respectfully submitted,

            CLINTON J. JOHNSON
            United States Attorney

            */s/ Stacey P. Todd*
            Stacey P. Todd, CA Bar No. 294566
            Assistant United States Attorney 110
            West Seventh Street, Suite 300
            Tulsa, Oklahoma 74119
            (918) 382-2700

**Certificate of Service**

I hereby certify that on June 25, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Ben Hilfiger
Defense Counsel

/s/ *Stacey P. Todd*
Stacey P. Todd
Assistant United States Attorney