**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| United States of America, | |
|---|---|
| Plaintiff, | Case No.: 23-cr-00241-SJM-1 |
| vs. | Date: 9/6/2024 |
| | Court Time: 1:39 p.m. to 2:10 p.m. |
| Cody Paul Miller, | |
| Defendant(s). | **MINUTE SHEET - SENTENCING** |

Stephen J. Murphy III, U.S. District Judge    C. Butler, Deputy Clerk    Leslie Ruiz, Reporter    Crt Rm 4
Counsel for Plaintiff: Matt Cyran    Counsel for Defendant: Ben Hilfiger, Appt.
Probation Officer: Logan Harrison    Interpreter: _____    ☐ sworn; ☐ N/A

☒ Defendant appears in person with counsel    ☐ Counsel waived    ☐ Evidentiary
☒ Plaintiff & Defendant reviewed PSI:    ☒ Objs by: ☐ Pltf ☒ Deft;    ☐ No Objs;    ☐ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;    ☐ Findings re: Plea Agreement Accepted
☐ Court affirms finding of guilt and accepts guilty plea before U.S. Magistrate Judge
☒ Sentence re: Guideline; ☒ Findings made; ☐ Departure: ☐ Variance:    ☐ Upward    ☐ Downward
☐ Victim present and heard; ☐ Victim present ☒ Victim not present
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☐ Motion [Dkt.____]:    ☐ Granted ☐ Denied    ☐ Granted/Denied in part    ☐ Moot
☐ Motion [Dkt.____]:    ☐ Granted ☐ Denied    ☐ Granted/Denied in part    ☐ Moot

**SENTENCE: As to Count(s)** 2    **of the Indictment** :

☒ Bureau of Prison for a term of    138 months    ☐ Concurrent ☐ Consecutive ☐ Not Imposed
☐ Probation for a term of    ☐ Concurrent ☐ Consecutive ☐ Not Eligible
☒ Supervised Release for term of    5 years    ☐ Concurrent ☐ Consecutive ☐ Not Imposed
☐ Fine: $____    ☐ With Interest ☐ Interest Waived ☒ Not Imposed
☐ Restitution: $____    ☐ With Interest ☐ Interest Waived ☐ Not Applicable
☒ Special Monetary Assessment $ 100    ☒ Due Immediately ☐ As Directed
☐ JVTA Assessment (18 USC 3014) $____    ☐ Waived-Defendant found indigent ☐ Not Applicable
☐ AVAA Assessment (18 USC 2259) $____    ☐ Waived-Defendant found indigent ☐ Not Applicable
☐ Order of Forfeiture [Dkt.____]: is hereby incorporated into the Judgment by reference

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

☒ Firearm, Ammunition, et al Restriction    ☐ Gambling; ☐ to include treatment
☒ DNA Sample    ☐ Home Detention Condition - ____ months*
☒ Controlled Substances Restriction    ☐ Immigration
☒ Drug Testing    ☐ Drug Testing Suspended    ☒ Mental health ☐ to include treatment
☐ Alcohol Abstinence    ☒ No contact with Victim
☐ Anger Management    ☐ Search & Seizure
☐ Community Confinement - ____ months    ☒ Sex Offender - Paragraphs 1-3 and 7
☐ Community Service - ____ hours    ☐ Sober Living
☐ Computer Restriction    ☒ Substance Abuse Treatment & Testing
☐ Curfew - ____ months*    ☐ Workforce Development
☐ Domestic Violence Program
☐ Financial    *Entire cost of the electronic monitoring shall be paid by: ☐ Prob ☐ Deft

☒ Defendant advised of right to appeal    Court recommends to BOP:
☐ Appeal affidavit required    ☒ Designate a facility located in or near: FCI Englewood, CO
    ☐ Maximum Security Facility where Incoming and Outgoing Mail is monitored
    ☒ Residential Drug Abuse Treatment    ☐ Mental/Medical Evaluation
    ☒ Most comprehensive mental health treatment available
    ☐ Other: ____

☐ Deft to self surrender to designated institution by 2:00 p.m. on: ____, U.S.M. to advise of institution;    ☐ Findings made
☒ Remaining counts ordered dismissed:    none
☒ Defendant remanded to custody of U.S. Marshal
**Additional Minutes:** Defendant's objections to the PSR are overruled.