AO 245B (Rev. 10/17) Judgment in a Criminal Case
Acquittal

# UNITED STATES DISTRICT COURT
## Northern District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Cody Paul Miller | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 4:23CR00241–1<br>USM Number: 70072-510<br><br>Ben Hilfiger<br>*Defendant's Attorney* |

## JUDGMENT OF ACQUITTAL

On January 19, 2024, a jury duly empaneled and sworn found the defendant not guilty as to Count Three of the Indictment. The Court hereby enters a judgment of acquittal as to Count Three of the Indictment in favor of Cody Paul Miller and against the government.

IT IS THEREFORE ORDERED that the defendant Cody Paul Miller is acquitted and discharged of Count Three of the Indictment.

ENTERED in Tulsa, Oklahoma, this 6th day of September 2024.

September 6, 2024
Date of Imposition of Judgment

*[Signature]*
Signature of Judge

Stephen J. Murphy, United Sta
Name and Title of Judge

September 10, 2024
Date