Laura L. Griffin, RMR-CRR
United States Court Reporter
333 W. 4th Street, Room 411
Tulsa, OK 74103
918-699-4879

U.S. Court of Appeals – Tenth Circuit
Clerk of the Court
The Byron White Courthouse
1823 Stout Street
Denver, CO 80257

RE:  USA V. CODY PAUL MILLER, 23-CR-241-JFH, NDOK

October 21, 2024

Clerk:

     All transcripts ordered from me on appeal in the above-named case have been filed with the Office of Court Clerk in the Northern District of Oklahoma.  This consists of the pretrial conference hearings held on 9-27-23, 11-6-23 and 1-5-24.
Thank you.

                                           Sincerely,

                                           S/ Laura L. Griffin

                                           Laura L. Griffin, RMR-CRR
                                           United States Court Reporter